Zoho Sign Document ID: 2C3995E9-WLO0X0AEDIWXAXHQJPEY3IUUHPEYXTUF1V7JVAAJXPE

| | |
|---|---|
| 1 | NEAL S. SALISIAN, SBN 240277 |
| | neal.salisian@salisianlee.com |
| 2 | JARED T. DENSEN, SBN 325164 |
| | jared.densen@salisianlee.com |
| 3 | BRIAN C. ZHANG, SBN 342032 |
| | brian.zhang@salisianlee.com |
| 4 | **SALISIAN | LEE LLP** |
| | 550 South Hope Street, Suite 750 |
| 5 | Los Angeles, California 90071-2924 |
| | Telephone:  (213) 622-9100 |
| 6 | Facsimile:   (800) 622-9145 |
| 7 | MARISA D. POULOS (SBN 197904) |
| | marisa.poulos@balboacapital.com |
| 8 | **BALBOA CAPITAL** |
| | 575 Anton Boulevard, 12th Floor |
| 9 | Costa Mesa, California 92626 |
| | Tel: (949) 399-6303 |
| 10 | |
| 11 | Attorneys for Plaintiff |
| | AMERIS BANK d/b/a BALBOA CAPITAL |

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL, | | Case No. 8:24-cv-01573 DDP(ADSx) |
| | | [Assigned to the Hon. Dean D. Pregerson] |
| Plaintiff, | | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURUSANT TO FRCP 41(a)(1)(A)(ii)** |
| vs. | | |
| TEXAS PLUMBING SERVICES, LLC, a Texas limited liability company, doing business as GOOD FLOW PLUMBING; DARREL SCOTT PHARES, an individual, | | Complaint Filed:   July 16, 2024 |
| Defendants. | | |

STIPULATION FOR DISMISSAL
WITHOUT PREJUDICE
CASE NO.: 8:24-cv-01573 DDP(ADSx)

Zoho Sign Document ID: 2C3995E9-WLO0X0AEDIWXAXHQJPEY3IUUHPEYXTUF1V7JVAAJXPE

| | |
|---|---|
| 1 | TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL |
| 2 | OF RECORD: |
| 3 | IT IS HEREBY STIPULATED by the affected parties, Plaintiff Ameris Bank |
| 4 | d/b/a Balboa Capital ("Balboa" or "Plaintiff") and Defendant Texas Plumbing |
| 5 | Services, LLC, a Texas limited liability company, doing business as Good Flow |
| 6 | Plumbing ("Texas Plumbing"), and Defendant Darrel Scott Phares, an individual |
| 7 | ("Phares") (collectively, with Texas Plumbing, "Defendants") (collectively, with |
| 8 | Balboa, the "Parties"), that Balboa's action is hereby voluntarily dismissed without |
| 9 | prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, |
| 10 | and pursuant to a settlement agreement entered into by and between Balboa, on the |
| 11 | one hand, and Defendants, on the other hand, concurrent with this Stipulation (the |
| 12 | "Settlement Agreement"). |
| 13 | // |
| 14 | // |
| 15 | // |
| 16 | // |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

1   IT IS FURTHER STIPULATED by the Parties that this Court shall retain
2   jurisdiction to enforce the Settlement Agreement, and that this Stipulation shall
3   incorporate the terms of the Settlement Agreement.

5   IT IS SO STIPULATED.

7   DATED: September 27, 2024        AMERIS BANK d/b/a BALBOA CAPITAL

9                                    By: /s/ Don B. Ngo,                for
10                                        James Grant
                                          Vice President

12   DATED:           , 2024          TEXAS PLUMBING SERVICES, LLC dba
13                                    GOOD FLOW PLUMBING

15                                    By: *Darrel Scott Phares*
16   Sep 05 2024                           Darrel Scott Phares
                                      Its: Darrel Scott Phares

18   DATED:           , 2024          DARREL SCOTT PHARES

20                                    By: *Darrel Scott Phares*
21   Sep 05 2024                           Darrel Scott Phares

Salisian|Lee LLP

2

STIPULATION FOR DISMISSAL
WITHOUT PREJUDICE
CASE NO.: 8:24-cv-01573 DDP(ADSx)

# PROOF OF SERVICE
## USDC Case No.: 8:24-cv-01573 DDP (ADSx)

STATE OF CALIFORNIA    )
                       )  ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, Suite 750, Los Angeles, California 90071. My electronic service address is: eddie.jimenez@salisianlee.com.

On September 30, 2024, I caused the foregoing document(s) described as **PLAINTIFF BALBOA CAPITAL'S STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURUSANT TO FRCP 41(a)(1)(A)(ii)** to be served on the interested parties in this action as follows:

| | |
|---|---|
| Marisa Poulos<br>Michelle A. Chiongson<br>BALBOA CAPITAL<br>575 Anton Boulevard, 12th Floor<br>Costa Mesa, California 92626<br>Tel: (949) 399-6303<br>Email:<br>marisa.poulos@balboacapital.com;<br>michelleac@balboacapital.com | *Attorney for Plaintiff*<br>AMERIS BANK d/b/a BALBOA CAPITAL |
| TEXAS PLUMBING SERVICES, LLC<br>Agent for Service c/o Darrel Scott Phares<br>3208 Primrose Trl<br>Georgetown, TX 78628 | *Defendant*<br>TEXAS PLUMBING SERVICES, LLC |
| DARREL SCOTT PHARES<br>3208 Primrose Trl<br>Georgetown, TX 78628 | *Defendant*<br>DARREL SCOTT PHARES |

 **X**   **VIA U.S. MAIL (as to defendants only)**
Following ordinary business practices, I placed the document for collection and mailing at my business address listed on the service list, in a sealed envelope, postage fully prepaid, addressed to the person(s) at the address I am informed and believe is the current address for such person(s). I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, such correspondence is deposited with the United States Postal Service on the day on which it is placed for collection and mailing at the business.

1

**X    VIA CM/ECF SYSTEM**

Pursuant to L.R. 5-3 and 5-4, following ordinary business practices, I electronically filed the foregoing documents with the Clerk of the Court by using the Court's automated CM/ECF system. I checked the CM/ECF docket for this case and determined that the person(s) indicated above are registered as CM/ECF Users who have consented to electronic service through Notice of Electronic Filing transmission sent to the e-mail address(es) listed above. I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list.

**X    FEDERAL**

I declare under penalty of perjury under the laws of the United States of America that the on the service list is true and correct. Executed on September 30, 2024, at Los Angeles, California.

*Eduardo J.*
_____
Eduardo Jimenez