# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>     Plaintiff,<br><br>  v.<br><br>TEXAS PLUMBING SERVICES, LLC a Texas limited liability company, doing business as GOOD FLOW PLUMBING; DARREL SCOTT PHARES, an individual,<br><br>     Defendants. | Case No. 8:24-cv-01573-DDP (ADSx)<br><br>**JUDGMENT** |

Pursuant to the Order Approving Parties' Stipulation Re: Vacating Dismissal and Entry of Stipulated Judgment, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Plaintiff Ameris Bank d/b/a Balboa Capital, and against defendants Texas Plumbing Services, LLC d/b/a Good Flow Plumbing ("Good Flow") and Darrel Scott Phares ("Phares") (collectively with Good Flow, "Defendants"), jointly and severally, in the total amount of **$88,287.48**; which is a sum of the following:

    a. Compensatory damages in the amount owed of $78,250.00, on the Settlement Agreement (the "Settlement");

    b. Attorneys' fees in the amount of $6,798.00 on the Settlement;

    c. Prejudgment interest in the amount of $2,636.48, at the statutory rate of ten percent (10%) per annum, from July 15, 2025 (the date of breach) to September 29, 2025 (the date of the Judgment); and

    d. Costs in the amount of $603.00.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: September 29, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE